**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

v.                          **CASE NO. 4:14CR00043 BSM**

**ERIC BERNARD FAIRMON**                                                                    **DEFENDANT**

**JUDGMENT**

For reasons stated during the April 24, 2014, revocation hearing, it was determined that defendant Eric Fairmon's supervised release should be revoked. Accordingly, the motion to revoke [Doc. No. 11] is granted.

Fairmon's supervised release is hereby revoked and he is sentenced to a term of twenty-four months in the custody of the Bureau of Prisons and one year of supervised release. During his incarceration, it is recommended that Fairmon participate in nonresidential substance abuse treatment. As a special condition of his supervised release, he is required to participate for six months at a residential reentry center and to abide by all the rules and regulations of the facility. He is also required to participate in a substance abuse program and/or residential treatment under the supervision and guidance of the United States Probation Office and to abstain from the use of alcohol throughout the course of treatment. He is also ordered to pay restitution owed in the amount of $4, 989, and he is required to pay 50% of all funds available to him during his incarceration toward restitution. Upon his release, he is directed to pay 10% of his gross monthly income.

The clerk is directed to provide a copy of this order to the United States Probation

Office.

    IT IS SO ORDERED this 25th day of April 2014.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE